UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-61405-CIV-ZLOCH/ROSENBAUM

THE SET ENTERPRISES, INC.,
a Florida corporation,
d/b/a Cheetah Hallandale Beach,
100 ANSIN BOULEVARD LLC, and
JOSE R. RODRIGUEZ,

                Plaintiffs,

v.

CITY OF HALLANDALE BEACH,
a political subdivision of the State of
Florida,

                Defendant.
_____/

## ORDER

This matter is before the Court upon Defendant City of Hallandale Beach's Motion to Strike Supplement [D.E. 48]. The Court has considered Defendant's Motion, Plaintiffs' Response [D.E. 49], the events of the March 29, 2010, hearing on Defendant's Motion to Dismiss [D.E. 18], and the record and now grants the Motion.

Defendant City of Hallandale Beach correctly notes that the Court expressly denied Plaintiffs' request at the March 29, 2010, hearing to file a supplement addressing *McKinney v. Pate*, 20 F.3d 1550 (11th Cir. 1994), after taking into consideration the fact that the City had squarely raised *McKinney* in its Motion to Dismiss, the amount of briefing already in the record regarding the Motion to Dismiss and the Motion for Preliminary Injunction, and the cost to the parties. Although Plaintiffs accurately note that their Composite Notice of Supplemental Authority in Opposition to

City's Motion to Dismiss [D.E. 45] does not constitute a brief, but, rather, a simple listing of three additional cases for the Court's consideration, all three opinions cited address only *McKinney* and were issued long before Plaintiffs filed their Response to the City's Motion to Dismiss.  Thus, Plaintiffs could have referred to these cases in their Response.  Accordingly, the Court **GRANTS** Defendant's Motion to Strike.

      **DONE AND ORDERED** this 22nd day of June, 2010.

                                                                *[signature]*
                                                          ROBIN S. ROSENBAUM
                                                          UNITED STATES MAGISTRATE JUDGE

cc:     Hon. William J. Zloch
         Counsel of Record