UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61405-CIV-ZLOCH/ROSENBAUM

THE SET ENTERPRISES, INC.,
a Florida corporation,
d/b/a Cheetah Hallandale Beach,
100 ANSIN BOULEVARD LLC, and
JOSE R. RODRIGUEZ,

    Plaintiffs,
v.

CITY OF HALLANDALE BEACH,
a political subdivision of the State of Florida,

    Defendant.
_____/

## ORDER ON PLAINTIFFS' MOTION FOR SANCTIONS

This matter comes before the Court on Plaintiffs' Motion for Order to Show Cause Directed to Witness D. Mike Good for Failure to Attend Deposition and Motion for Sanctions and Fees and Request for Hearing ("Sanctions Motion") [D.E. 89], pursuant to an Order of Referral from the Honorable William J. Zloch [D.E. 94]. The Court previously rescheduled a hearing on the Sanctions Motion for November 22, 2010. D.E. 102. On November 18, 2010, Plaintiffs filed a request for the Court to cancel the November 22, 2010, hearing. D.E. 106. In that filing, Plaintiffs advise the Court that they have "resolved the issues with witness, D. Mike Good, who was the subject of the [Sanctions Motion]." *Id.* at 1.

In light of Plaintiffs' filing, it is hereby **ORDERED** as follows:

1.    Plaintiffs' Motion for Order to Show Cause Directed to Witness D. Mike Good for Failure to Attend Deposition and Motion for Sanctions and Fees and Request for Hearing [D.E. 89] is **DENIED AS MOOT**.

2. The previously scheduled November 22, 2010, hearing on the Sanctions Motion is **cancelled**.

**DONE** and **ORDERED** at Fort Lauderdale, Florida this 18th day of November, 2010.

/s/ Robin S. Rosenbaum
ROBIN S. ROSENBAUM
United States Magistrate Judge

cc: Honorable William J. Zloch
counsel of record